47 So.2d 920

### Dinsmore CORNELIUS v. STATE.
### 8 Div. 902.

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Morgan County Court; W. H. Long, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 33

### Robert Louis CORRELL v. STATE.
### 6 Div. 982.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Robbery.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

44 So.2d 33

### Robert Louis CORRELL v. STATE.
### 6 Div. 954.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

Robbery.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

47 So.2d 920

### Columbus COSBY, alias, v. STATE.
### 8 Div. 908.

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Morgan County Court; W. H. Long, Judge.

Sherman B. Powell, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

Grand larceny.

BRICKEN, Presiding Judge.
Affirmed.

49 So.2d 924

### Travis (alias Jim Travis) COURINGTON v. STATE.
### 6 Div. 36.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

49 So.2d 924

### Travis (alias Jim Travis) COURINGTON v. STATE.
### 6 Div. 37.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.